that the money was integrally used in the crime of gambling. The decision of the trial court as to the forfeiture must therefore be reversed.

For the foregoing reasons, the judgment of the circuit court is reversed.

Reversed.

DIERINGER, P. J., and ADESKO, J., concur.

---

SHEILA COCKRELL, a minor, by JAMES COCKRELL, her father and next friend, Plaintiff-Appellee, v. ELKNER SMITH, Defendant-Appellant.

(No. 60554;

First District (2nd Division)—April 8, 1975.

PER CURIAM.

Greenberg, McCarthy, & Riley, of Skokie (Sherwin Greenberg, of counsel), for appellant.

Fred Lambruschi, of Chicago (Herbert P. Veldenz and John P. Goggin, of counsel), for appellee.